GEOFFREY V. WHITE (SBN. 068012)
LAW OFFICE OF GEOFFREY V. WHITE
351 California St., Suite 1500
San Francisco, California 94104
Telephone: (415) 362-5658
Facsimile: (415) 362-4115
Email: gvwhite@sprynet.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY RYERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VISA USA INC., a Delaware corporation; and VISA USA INC. LONG-TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No. C 06-7681 BZ<br><br>NOTICE OF VOLUNTARY DISMISSAL AND ORDER |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. Pro. Rule 41(a)(1)(i), Plaintiff hereby voluntarily dismisses this action against the above-named defendants, without prejudice.

Dated: January 18, 2007

LAW OFFICE OF GEOFFREY V. WHITE

By _____
　　Geoffrey V. White
　　Attorneys for Plaintiff

**IT IS SO ORDERED**

Dated: January 18, 2007

_____
United States ~~District Judge~~
　　　　　　　　Magistrate Judge

NOTICE OF VOLUNTARY DISMISSAL and ORDER - Case No. C 06-7681 BZ

- 1 -